# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:14-CV-182

| MID-SOUTH INVESTMENTS, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| STATESVILLE FLYING SERVICES, INC., | ) | |
| Defendant. | ) | |

**BEFORE THE COURT** is Plaintiff Mid-South Investments, Inc.'s Motion for Judgment on the Pleadings as to the Liability of Defendant Statesville Flying Service, Inc. (Doc. 11). The Motion seeks to narrow the issues to solely damages because Statesville Flying Services, Inc.'s Answer admits liability. (*Id*). In response, Defendant admits liability, but continues to assert its affirmative defenses and disputes the amount of damages. (Doc. 13, at 2). Plaintiff's Motion did not seek to strike any affirmative defenses or establish the amount of damages. (Doc. 11). Accordingly, Plaintiff's Motion is **GRANTED.**

**IT IS, THEREFORE, ORDERED THAT** Plaintiff's Motion for Judgment on the Pleadings (Doc. 11) is **GRANTED.**

Signed: August 17, 2015

*/s/ Richard L. Voorhees*
Richard L. Voorhees
United States District Judge