# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:14-CV-182

| | |
|---|---|
| MID-SOUTH INVESTMENTS, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| STATESVILLE FLYING SERVICES, INC., | ) |
| Defendant. | ) |

**BEFORE THE COURT** is its own motion for a peremptory trial setting. The parties have stipulated to a non-jury trial. (Doc. 29). Said trial is estimated to take two days. The bench trial shall commence on **May 17, 2016 at 9:30 A.M** in the United States Courthouse, 200 West Broad Street, Statesville, North Carolina 28677.

**SO ORDERED.**

Signed: March 3, 2016

Richard L. Voorhees
United States District Judge